UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANNIE C. ROZIVKA                                                            PLAINTIFF

V.                          NO. 4:17CV00070-JM-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE